CO-386-online
10/03

**FILED**

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

PETER S. HERRICK, P.A., )
3520 Crystal View Court )
Miami, FL 33133 )
 )
             Plaintiff )   Civil
    vs )
 )
U.S. CUSTOMS AND BORDER PROTECTION, )
1300 Pennsylvania Avenue, N.W. )
Washington, DC 20229 )
             Defendant )

Case: 1:08-cv-00036
Assigned To : Walton, Reggie B.
Assign. Date : 1/8/2008
Description: FOIA/Privacy Act

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Peter S. Herrick, P.A.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

137935
BAR IDENTIFICATION NO.

Peter S. Herrick
Print Name

3520 Crystal View Court
Address

Miami, FL  33133
City    State    Zip Code

305-858-2332
Phone Number