AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PETER S. HERRICK, P.A.,
3520 Crystal View Court
Miami, FL 33133

SUMMONS IN A CIVIL CASE

V.

U.S. CUSTOMS AND BORDER PROTECTION,
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Case: 1:08-cv-00036
Assigned To : Walton, Reggie B.
Assign. Date : 1/8/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Clerk, U.S. Attorney's Office
District of Columbia, Judiciary Center
555 Fourth Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN - 8 2008
CLERK                                      DATE

_/s/_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>01/10/2008 |
| NAME OF SERVER *(PRINT)*<br>Peter S. Herrick | TITLE<br>Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):　Fed Ex Overnight Delivery
　　　　　　　　　　Tracking No. 8610 6428 7013

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　01/11/2008　　　　　　／s／
　　　　　　　　Date　　　　　　　　　*Signature of Server*
　　　　　　　　　　　　　　　　　　Peter S. Herrick Esq.
　　　　　　　　　　　　　　　　　　Peter S. Herrick P.A.
　　　　　　　　　　　　　　　　　　3520 Crystal View Court
　　　　　　　　　　　　　　　　　　Miami, FL  33133
　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.