## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Peter S. Herrick, P.A.**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 08 - 0036 (RBW) |
| ) | |
| **U.S. CUSTOMS AND ,** ) | |
| **BORDER PROTECTION,** ) | |
| **U.S. Department of Homeland,** ) | |
| **Security.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## CONSENT MOTION FOR MODIFY THE SCHEDULING ORDER

The Defendant, Department of Homeland Security, by and through undersigned counsel, hereby respectfully requests a modification of this Court's April 24, 2008, Scheduling Order. The defendant is seeking additional time to provide information to plaintiff and, if necessary, file it's motion for summary judgment on June 18, 2008. The plaintiff has no objection to this request. This is a FOIA case and the following scheduling Order was entered by the Court on April 24, 2008:

| **Motion:** | **Due Date:** |
|---|---|
| Motion for Summary Judgment | 5/27/2008 |
| Opposition to Motion for Summary Judgment | 6/11/2008 |
| Reply to Motion for Summary Judgment | 6/24/2008 |

Defendant anticipates the release of the information requested; however, pursuant to Exemption (b)(4), the agency requests this additional time to complete the business submitter

notification process and to determine whether a motion for summary judgment will be necessary.

Accordingly, the Defendant's request for a modification of the Court's April 24, 2008 Scheduling Order as follows:

**Motion:**                                              **Due Date:**

| Motion for Summary Judgment | 6/18/08 |
|---|---|
| Opposition to Motion for Summary Judgment | 7/2/08 |
| Reply to Motion for Summary Judgment | 7/16/08 |

This motion is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendant

-2-