IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Peter S. Herrick, P.A.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. CUSTOMS AND ,** )<br>**BORDER PROTECTION,** )<br>**U.S. Department of Homeland,** )<br>**Security.** )<br>)<br>)<br>**Defendant.** )<br>_____) | Case No.  08 - 0036 (RBW) |

## NOTICE OF STATUS OF CASE

The Defendant, Department of Homeland Security, by and through undersigned counsel, hereby notifies the Court as to the Status of the aforementioned case.  Defendant requested an extension of time to file its Motion for Summary Judgment until June 18, 2008.  However, Defendant anticipates the full release of the information requested pursuant to Plaintiff's FOIA request.   Defendant has requested payment of a search fee and Plaintiff has agreed to pay same. Accordingly, Defendant is anticipating that there will be no need to file a Motion for Summary Judgment.

The parties will update the Court in 30 days as to the final disposition of the case.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610

        United States Attorney

        /s/

        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/

        HEATHER D. GRAHAM-OLIVER
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W.
        Washington, D.C.  20530
        (202) 305-1334

        Counsel for Defendant