IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Peter S. Herrick, P.A.,**     )<br>                                                 )<br>    **Plaintiff,**                     )<br>                                                 )<br>            v.                              )      Case No. 08 - 0036 (RBW)<br>                                                 )<br>**U.S. CUSTOMS AND ,**          )<br>**BORDER PROTECTION,**        )<br>**U.S. Department of Homeland,** )<br>**Security.**                          )<br>                                                 )<br>                                                 )<br>    **Defendant.**                    )<br>_____ ) | |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

The Defendant, Department of Homeland Security, by and through undersigned counsel, hereby requests up to, and including, August 11, 2008 to file its opposition to Plaintiff's Petition for Attorney's Fees. Defendant contacted the Plaintiff in accordance with LCvR 7(m). Plaintiff does not oppose the relief sought in this motion. The opposition is currently due on Monday, August 4, 2008.

The additional time is being requested because the undersigned counsel assigned primary responsibility in this matter is on scheduled leave for the week of July 28, 2008; in addition, defense counsel has other litigation responsibilities upon her return including the following: a reply due August 7, 2008 in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF); and another reply due August 6, 2008 in Rixene W. Hicks v. Lori Bledsoe, Civ. Act. No. 07-1959 (HHK).

Accordingly, this extension is requested up to and including August 11, 2008 to file

Defendant's its opposition to Plaintiff's Petition for Attorney's Fees. This motion is made for good cause shown and not to cause undue delay of the proceedings.

        Respectfully submitted,

        /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendant